JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN LONDON UNDERWRITERS AT LLOYD'S SUBSCRIBING TO CERTIFICATE NO. 618/A11635001/013,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: CV11-7133 R (JCGX)<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 29, 2011<br><br>[Assigned to the Honorable Manuel L. Real] |

The Court, having received and reviewed the parties' Stipulation to Dismiss Action With Prejudice and good cause appearing therefrom, the Court GRANTS the stipulation and ORDERS as follows:

The action is dismissed with prejudice. Each party is to bear its own fees and costs, as provided in the stipulation.

IT IS SO ORDERED.

DATED: March 22, 2012

By: _____
THE HONORABLE MANUEL L. REAL